**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roberto Ayala AMARILLAS, Defendant-Appellant.**

**No. 17-50033**

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 22, 2017

Emily J. Keifer, Assistant U.S. Attorney, Anne Kristina Perry, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Benjamin J. Cheeks, Attorney, Law Offices of Benjamin J. Cheeks, A.P.C., San Diego, CA, for Defendant-Appellant

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Roberto Ayala Amarillas appeals from the district court's judgment and challenges the 27-month sentence imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have ju-

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

risdiction under 28 U.S.C. § 1291, and we affirm.

Ayala contends that the district court improperly relied on his criminal history as a reason to deny the parties' joint request for a fast-track departure under U.S.S.G. § 5K3.1. The court did not abuse its discretion. *See United States v. Rosales-Gonzales*, 801 F.3d 1177, 1184 (9th Cir. 2015) (district court properly exercised its discretion to deny fast-track departure on the basis of defendant's immigration and criminal history). Moreover, the 27-month sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including his failure to be deterred by a previous 37-month sentence. *See Rosales-Gonzales*, 801 F.3d at 1184-85.

**AFFIRMED.**